# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CYNTHIA BUTLER-RANCE,**

       **Plaintiff,**

**-vs-**                                  **Case No.  6:06-cv-332-Orl-31JGG**

**SWISS COLONY, INC., PROVIDIAN
NATIONAL BANK, and EQUIFAX
INFORMATION SERVICES, LLC,**

       **Defendants.**

_____

# ORDER

This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **MOTION TO DISMISS (Doc. No. 13)** |
| **FILED:** | **April 24, 2006** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

The deadline for a response to the motion passed on May 11, 2006.  It is therefore

    **ORDERED AND ADJUDGED** that Plaintiff's claims against The Swiss Colony, Inc. are

**DISMISSED**.

    **DONE** and **ORDERED** in Chambers, Orlando, Florida on May 17, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party