**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CYNTHIA BUTLER-RANCE,**

        **Plaintiff,**

-vs-                              **Case No. 6:06-cv-332-Orl-31UAM**

**PROVIDIAN BANCORP SERVICES,**
**INC., and ASSET ACCEPTANCE, LLC,**

        **Defendants.**

_____

# ORDER

It is hereby **ORDERED** that judgment be entered in favor of Defendant Providian Bancorp Services, Inc., n/k/a Washington Mutual Bank (Doc. 151) and Defendant Asset Acceptance, LLC (Doc. 145) and against the Plaintiff, Cynthia Butler-Rance. This case is hereby removed from the September 2007 trial docket, and the Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 10, 2007.

                                                  GREGORY A. PRESNELL
                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party